Juan. C. Flores
#1096068
Avery Mitchel Correctional
600 Amity Park RD
Spruce Pine. N.C. 2877?                     Nov. 16, 2023.

FILED NOV 20 2023
Clerk U.S. District Court
Greensboro, N.C.

RECEIVED NOV 20 2023
OFFICE OF THE FEDERAL PUBLIC DEFENDER

Defense Counsel
John. A. Duberstein
301 N. Elm Street Suite 410
Greensboro. N.C. 27401.

Dear, Counsel, John. A. Duberstein..., First of all permit me present myself my name is Juan Cabrera Flores. And Greetings,,, I was Referred what you are a Good Lawyer, so I would like tell you my concern or matters in this case.

1. As Lawyer at Law. Can a D.A. amend an Indictment for a statute G.S. §90-95.(h)(4)(a) to G.S. §90-95.(h)(4)(c)., I was charged with Trafficking of Heroin, G.S. §90-95.(h)(4)(a), which have a term of 70-84, months, but D.A. amended the Indictment to G.S. §90-95 (h)(4)(c), which have a term of 225-279 months. The D.A. amend it in his own letters the Indictment with the purpose of gaining a case and broken his own rules., The lawyer in my case Ms. Deborah, Newton. Knew what D.A. Mr. David Sherlin did. But (she lawyer) never did anything for fixed.

The only day I see the lawyer was the day Jury, because I won't sign-plea, the plea say 225-279 months. Sign or go jury, if you go the jury, and lost, the judge will give you the same time 225-279 months. So I go to jury. Now I know what's my charges but court say I am out-time a year limit to filing to court after sentence or appeal or whatever claim your can presented, your lawyer case fail, your lawyer appeal fail to present thems, that's your responsability.

My question, is can you assist me with whatever case law you can find up recentely resolved for the Court, N.C. Where court dismissed the charges for amended the indictment, so I can send a new motion to the court and give a new hearing or appeal my case the new.

2. I would like assistance in obtaing help legal or least assistance in providing me with whatever information in amended indictments case law where the court granted a new hearing for defect of indictment or particulars.

As lawyer, you know what a prisoner(s) haven't access to library at law or none the prison can providing the prisoners.

3. I hope as lawyer can you understand when a person is looking for help of whatever legal help, the lawyer need know what's problem. In this

2

CASE. I ENCLOSED A COPY OF INDICTMENT AND A COPY OF SEARCH WARRANT, BOTHS HAVE THE SAME STATUTE. G.S. § 90-95.(h)(4)(a) THE ONLY DIFERENCE IS THE AMENDED INDICTMENT STATUTE. G.S. 90-95.(h)(4)(c). AND THE SEARCH WARRANT IS NO SIGNED FOR A MAGISTRATE OR JUDGE, SO I THINK THAT'S ANOTHER POINT FOR DEFECT SEARCH WARRANT.

O.K. LAWYER MR. JOHN. A. DUBERSTEIN, I THINK THAT'S EVERYTHING, IF YOU WOULD LIKE ASSIST ME WITH WHATEVER INFORMATION YOU HAVE, I AM SINCERELY GRATEFULLY WITH YOU, OR IF YOU KNOW OF SOMEBODY WHOM CAN HELP ME, SEND ME YOUR INFORMATION.

THANK YOU VERY MUCH FOR TAKEN YOUR TIME IN THIS PROBLEM.

SINCERELY
JUAN. CABRERA Flores

STATE OF NORTH CAROLINA

V.                                     INDICTMENT -
                                       TRAFFICKING IN HEROIN
JUAN CABRERA FLORES                    BY POSSESSION

THE JURORS FOR THE STATE UPON THEIR OATH PRESENT that on or about October 9, 2007 in Wake County, the defendant named above unlawfully, willfully, and feloniously did commit the offense of Trafficking in Heroin by Possession, by possession more than 28 grams, to wit: possession of approximately 52.9 grams of heroin, a controlled substance included in Schedule I of the North Carolina Controlled Substances Act. This act was done in violation of N~~CGS §90-95(h)(4)(a)~~. NCGS 90-95(h)(4)(c) - DLS → 3,608

_____
David L. Sherlin
Assistant District Attorney

✓ _____ J.S Marbrey
         Witness, Raleigh Police Department

The witness marked "X" were sworn by the undersigned Foreperson of the Grand Jury and, after hearing testimony, this bill was found to be:

✓ _____ **A TRUE BILL** by twelve or more grand jurors, and I the undersigned Foreperson of the Grand Jury, attest the concurrence of twelve or more grand jurors in this bill of indictment.

_____ **NOT A TRUE BILL**

_____         _____
Date                              Grand Jury Foreperson

| File No. 07CR072176 | STATE OF NORTH CAROLINA | In the General Court of Justice |
|---|---|---|
| **WARRANT FOR ARREST** | WAKE County | District Court Division |

| Offense: Trafficking in Heroin By Possession |
|---|
| **THE STATE OF NORTH CAROLINA VS.** |
| Name And Address Of Defendant |
| Juan Cabrera Flores<br>Anywhere<br>Raleigh, NC 27601 |

To any officer with authority and Jurisdiction to execute a warrant for arrest for the offense(s) charged below

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

**Traffick in Heroin by Possession to wit: Possess approximately 52.9 grams of Heroin, a controlled substance included in Schedule I of the NC Controlled Substances Act.**

| County of Residence: Wake | Telephone No. |
|---|---|
| Race: White | Sex: Male | Date of Birth: 07/21/1975 | Age: 31 |
| Social Security No. | Drivers License No. & State |
| Name of Defendant's Employer | |

☐ Level I, ___ grams or more but less than ___ grams.
☐ Level II, more than ___ grams but less than ___ grams.
☒ Level III, more than 28 grams.

| Offense Code(s): 3531 | Offense in Violation of G.S. G.S 90-95 (h)(4)(a) |
|---|---|
| | Date of Offense: 10/9/07 |

Date of Arrest & Check Digit No. (As Shown On Fingerprint Card): 10/9/07

Complainant (Name, Address Or Department)
**Detective J.S. Marbrey**
RPD Case #: P07-124047

| County Of Residence: WAKE | Telephone No.: (919) 890-3924 |
|---|---|

Names & Addresses Of Witnesses (County & Telephone Nos.)
Sgt. M.E. Glendy    RPD   890-3971
Detective E.R. Emser   RPD   890-3973
Detective M.T. Hendrix RPD   890-3946

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

[ ] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued | Signature | Location of Court

AOC-CR-100 Rev. 8/97 (Structured Sentencing)
1997 Administrative Office of the Courts

☐ Magistrate  ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk of Superior Ct.
Court Date | Court Time | ☐ AM ☐ PM

Exhibit (A)

| If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant. |
|---|

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Date Returned |
|---|---|---|
|  | 10-9-07 |  |

☒ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official: *Magistrate*

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return: *JD Marley*

Department Or Agency Of Officer: *Raleigh P.D.*

## REDILIVERY

| Date | Signature | ☐ Dep CSC ☐ Assist CSC ☐ CSC |
|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official:

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return:

Department Or Agency Of Officer:

## APPEAL ENTRIES

☐ The defendant, in open court, gives notices of appeal to the Superior.

☒ The current pretrial release order is modified as follows:

| Date | Signature of District Court Judge |
|---|---|

## WAIVE OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature of Defendant |
|---|---|
|  | Signature Of Attorney |

AOC-CR-142, Side Two
Rev. 3/95 (Structured Sentencing)

---

District Attorney: 

Attorney For Defendant At Time Of Trial Or Plea:  ☐ Appointed  ☐ Retained  ☐ Waived

**PRIOR CONVICTIONS:** No./Level _0_  ☐ I(0)  ☐ II (1-4)  ☐ III (5

Plea: ☐ guilty ☐ no contest _____  ☐ guilty ☐ no contest _____  ☐ not guilty

VERDICT: ☐ guilty _____  ☐ guilty _____ MISD. CLASS: ☐1 ☐2 ☐3  ☐ not guilty  MISD. CLASS ☐1 ☐2 ☐3

**JUDGMENT:** The defendant appeared in open court and freely, voluntary and understandingly entered the above plea; on the above verdict it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the sheriff. ☐ DOC. Pretrial Credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. ☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A 1343.2(d) is necessary.
☐ With defendant's consent, execution of this sentence is suspended and the defendant is placed on unsupervised probation for _____ months, subject to the following conditions: (1) commit no criminal offenses in any jurisdiction. (2) posses no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

*Name(s), address(es), amount(s) & social security number(s) of aggrieved party(ies) to receive restitution:

☐ 6. Complete _____ hours of community service during the first _____ days of probation, as directed by the community serv coordinator, and pay the fee prescribed by G.S. 143B-475.1(b) within _____
☐ 7. Not be found in or on the premises of the complainant or _____
☐ 8. Not assault, communicate with or be in the presence of the complainant or _____

It is ORDERED this: ☐ Judgment is continued upon payment of cost
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____
☐ COMMITMENT: It is ORDERED that the clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.
**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Super Court : for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed

| Date | Name Of District Court Judgment (Type Or Print) | Signature Of District Court Judgment |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Dep CSC ☐ Assist. CSC ☐ C |
|---|---|---|---|

Note: If DWI, use AOC-CR 301 (active) or AOC-CR 310(probation). If active sentence to DOC, use AOC-CR-602. If supervi probation, use AOC-CR-604