# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JUAN C. FLORES, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>EDDIE BUFFALOE, )<br>)<br>Respondent. ) | 1:23CV1025 |

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on December 12, 2023, was served on the parties in this action. (ECF Nos. 2, 3.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be construed as a habeas petition under 28 U.S.C. § 2254 and is **DISMISSED** *sua sponte* without prejudice to Petitioner filing a new petition which corrects the defects of the current Petition in the proper district.

This, the 19th day of January 2024.

/s/ Loretta C. Biggs
United States District Judge